TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust Dated April 4, 1924, v. OTTO G. STOFFREGEN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JOHN A. MCCARTHY & Co., INC., v. PHILIP S. HILL et al., as Executors of WILLIAM F. CUNNINGHAM, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 981.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.